IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | |
|---|---|
| BRITTANEY BAILEY, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOWBRO INVESTMENTS, LTD D/B/A BUFFALO WILD WINGS; BWWGP, INC.; KENDALL HOWARD; LUBBOCK BWW MGMT, LLC; WOLFFORTH WINGS, LTD D/B/A BUFFALO WILD WINGS; HOW NO. 1, INC.; LUBBOCK WILD WINGS, LTD D/B/A BUFFALO WILD WINGS; MIDLAND WINGS, LTD D/B/A BUFFALO WILD WINGS; PERMIAN BWW MGMT, LLC; ODESSA WINGS, LTD D/B/A BUFFALO WILD WINGS; AMARILLO WILD WINGS, LTD D/B/A BUFFALO WILD WINGS; AMARILLO BWW MANAGEMENT, LLC; and EAST AMARILLO WINGS, LTD; D/B/A BUFFALO WILD WINGS;<br><br>Defendants. | CIVIL ACTION NO: 2:17-cv-77-J |

### ORDER GRANTING AGREED MOTION FOR CONDITIONAL CLASS CERTIFICATION and NOTICE TO POTENTIAL CLASS MEMBERS

Before the Court is the parties' agreed motion, filed October 6, 2017, for the conditional certification of and an approved form of notice to all potential class members. That motion is GRANTED as follows.

The Court conditionally certifies this matter as a collective action, and ORDERS as follows:

Plaintiff's counsel shall use the contact information of potential class members to provide notice to all potential class members via mail as soon as possible after entry of this Order.

The Court approves the form and the content of the proposed Class Notice, as attached to the motion as Exhibit "A," and the Consent Form, attached as Exhibit "B" to the motion.

The potential opt-in plaintiffs will have up to sixty (60) days after the mailing of the Class Notice to return a Consent Form opting in to this litigation.

It is SO ORDERED.

Signed this the __19th__ day of October, 2017.

s/ Mary Lou Robinson
HON. MARY LOU ROBINSON
Senior United States District Court Judge
