**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| **BRITTANEY BAILEY,** § <br> on behalf of herself and all others § <br> similarly situated, § <br> § <br> **Plaintiff,** § <br> § **CIVIL ACTION NO: 2:17-cv-77** <br> vs. § <br> § <br> **HOWBRO INVESTMENTS, LTD** § <br> **D/B/A BUFFALO WILD WINGS;** § <br> **BWWGP, INC.; KENDALL HOWARD;** § <br> **LUBBOCK BWW MGMT, LLC;** § <br> **WOLFFORTH WINGS, LTD D/B/A** § <br> **BUFFALO WILD WINGS; HOW NO. 1,** § <br> **INC.; LUBBOCK WILD WINGS, LTD** § <br> **D/B/A BUFFALO WILD WINGS;** § <br> **MIDLAND WINGS, LTD D/B/A BUFFALO** § <br> **WILD WINGS; PERMIAN BWW** § <br> **MGMT, LLC; ODESSA WINGS,** § <br> **LTD D/B/A BUFFALO WILD WINGS;** § <br> **AMARILLO WILD WINGS, LTD D/B/A** § <br> **BUFFALO WILD WINGS; AMARILLO** § <br> **BWW MANAGEMENT, LLC; and EAST** § <br> **AMARILLO WINGS, LTD; D/B/A** § <br> **BUFFALO WILD WINGS;** § <br> § <br> § <br> **Defendants.** § | |

**FIRST NOTICE OF FILING OPT-IN CONSENT(S)**

Comes now Plaintiff, Brittaney Bailey, and files the following Opt-In Consent form(s):

        Exhibit 1-  Aguirre, Martha

        Exhibit 2-  Bransum, Chrissy

        Exhibit 3-  Burkholder, Toni

        Exhibit 4-  Caldera, Elizar

        Exhibit 5-  Darnell, Kaycie

        Exhibit 6-  Fuestes, Veronica

Exhibit 7- Gage, Mandy

Exhibit 8- Gallegus, Christopher

Exhibit 9- Greninger, Allison

Exhibit 10- Laird, Sierra

Exhibit 11- Lanham, Tomi

Exhibit 12- Lupardus, Kayla

Exhibit 13- Mcnulty, Margaret

Exhibit 14- Paiz, Gilbert

Exhibit 15- Puckett, Tara

Exhibit 16- Quiroz, Carla

Exhibit 17- Richard, Antwan

Exhibit 18- Roesch, Madisen

Exhibit 19- Soltero, Kimberlee

Exhibit 20- Theall, Mary

Exhibit 21- Venzuela, Crystal

Exhibit 22- Villa, Monica

Exhibit 23- Walker, Wayne Austin

Exhibit 24- Warner, Gary

Exhibit 25- Webb, Rachael

Respectfully submitted,

By: */s/ Jeremi K. Young*
Jeremi K. Young
State Bar No. 24013793
Collin Wynne
State Bar No. 24068815
YOUNG & NEWSOM, PC
1001 S. Harrison, Suite 200
Amarillo, Texas  79101
(806) 331-1800
(806) 398-9095 (fax)
jyoung@youngfirm.com
collin@youngfirm.com

*Attorneys for Plaintiff and Class members*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November, 2017, the foregoing document was electronically transmitted to the Clerk of the Court for filing via the Court's ECF System, and service of Notice of Electronic Filing was made to the ECF registrants shown below:

Robert Nebb: rnebb@carperlaw.com

                                                        By:  /s/ Jeremi K. Young
                                                              Jeremi K. Young