| | |
|---|---|
| **BRITTANEY BAILEY,** §<br>**on behalf of herself and all others** §<br>**similarly situated,** §<br> §<br> **Plaintiff,** §<br> §<br> **vs.** §<br> §<br>**HOWBRO INVESTMENTS, LTD** §<br>**D/B/A BUFFALO WILD WINGS;** §<br>**BWWGP, INC.; KENDALL HOWARD;** §<br>**LUBBOCK BWW MGMT, LLC;** §<br>**WOLFFORTH WINGS, LTD D/B/A** §<br>**BUFFALO WILD WINGS; HOW NO. 1,** §<br>**INC.; LUBBOCK WILD WINGS, LTD** §<br>**D/B/A BUFFALO WILD WINGS;** §<br>**MIDLAND WINGS, LTD D/B/A BUFFALO** §<br>**WILD WINGS; PERMIAN BWW** §<br>**MGMT, LLC; ODESSA WINGS,** §<br>**LTD D/B/A BUFFALO WILD WINGS;** §<br>**AMARILLO WILD WINGS, LTD D/B/A** §<br>**BUFFALO WILD WINGS; AMARILLO** §<br>**BWW MANAGEMENT, LLC; and EAST** §<br>**AMARILLO WINGS, LTD; D/B/A** §<br>**BUFFALO WILD WINGS;** §<br> §<br> §<br> **Defendants.** § | **CIVIL ACTION NO: 2:17-cv-77** |

## CONSENT TO JOIN

By my signature below, I consent to become a claimant in this Fair Labor Standards Act case against Howbro Investments, Ltd d/b/a Buffalo Wild Wings, BWWGP, Inc., Kendall Howard, Lubbock BWW Mgmt, LLC, Wolfforth Wings, Ltd d/b/a Buffalo Wild Wings, How No. 1, Inc., Lubbock Wild Wings, Ltd d/b/a Buffalo Wild Wings, Midland Wings, Ltd d/b/a Buffalo Wild Wings, Permian BWW Mgmt, LLC, Odessa Wings, Ltd d/b/a Buffalo Wild Wings, Amarillo Wild Wings, Ltd d/b/a Buffalo Wild Wings, Amarillo BWW Management, LLC and East Amarillo Wings, Ltd d/b/a Buffalo Wild Wings ("Buffalo Wild Wings"), which seeks to collect unpaid wages and other money damages.

**EXHIBIT**
**1**

I designate the Collective Action Representative, Brittaney Bailey, as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting the lawsuit, entering into settlement agreements, entering into agreements with counsel concerning attorneys' fees and costs, and all other matters pertaining to the lawsuit. These decisions and agreements made and entered into by the Collective Action Representative(s), will be binding on me if I sign and return this Consent.

I understand that the Collective Action Representative(s) has entered into a Fee Agreement with Young & Newsom, P.C., which applies to all persons who sign and return this consent. If I sign and return this Consent, I agree to be bound by such Contingency Fee Agreement. I understand that I may obtain a copy of the Contingency Fee Agreement upon requesting it from Young & Newsom, P.C. I agree and understand that Young & Newsom, P.C., the Collective Action Representative(s), and/or the Court may in the future appoint other individuals to be representative plaintiffs in this litigation. I consent to such appointment and agree to be bound by the decisions of such new representative plaintiff(s) for all purposes related to this litigation.

By choosing to file this consent, I understand that I will be bound by the judgment of the Court. I will also be bound by, and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all plaintiffs. I acknowledge and understand that if I do not file this consent, I will not be affected by any judgment or settlement rendered or reached in this lawsuit, and I will not be entitled to share in any amounts recovered by the plaintiffs whether by judgment, settlement or otherwise. I agree to notify The Young Law Firm, P.C. immediately if my telephone number(s), mailing address, or e-mail address should change.

Martha Aguirre
_____
Signature

11-8-17
_____
Date

Martha Aguirre
_____
Printed Name