**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| **BRITTANEY BAILEY,** on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **HOWBRO INVESTMENTS, LTD D/B/A BUFFALO WILD WINGS; BWWGP, INC.; KENDALL HOWARD; LUBBOCK BWW MGMT, LLC; WOLFFORTH WINGS, LTD D/B/A BUFFALO WILD WINGS; HOW NO. 1, INC.; LUBBOCK WILD WINGS, LTD D/B/A BUFFALO WILD WINGS; MIDLAND WINGS, LTD D/B/A BUFFALO WILD WINGS; PERMIAN BWW MGMT, LLC; ODESSA WINGS, LTD D/B/A BUFFALO WILD WINGS; AMARILLO WILD WINGS, LTD D/B/A BUFFALO WILD WINGS; AMARILLO BWW MANAGEMENT, LLC; and EAST AMARILLO WINGS, LTD; D/B/A BUFFALO WILD WINGS;** <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § <br><br> **CIVIL ACTION NO: 2:17-cv-77** |

## DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3) DISCLOSURES

COMES NOW Defendants Howbro Investments, Ltd d/b/a Buffalo Wild Wings, BWWGP, Inc., Kendall Howard, Lubbock BWW Mgmt, LLC, Wolfforth Wings, Ltd d/b/a Buffalo Wild Wings, How No. 1, Inc., Lubbock Wild Wings, Ltd d/b/a Buffalo Wild Wings, Midland Wings, Ltd d/b/a Buffalo Wild Wings, Permian BWW Mgmt, LLC, Odessa Wings, Ltd d/b/a Buffalo Wild Wings, Amarillo Wild Wings, Ltd d/b/a Buffalo Wild Wings, Amarillo

BWW Management, LLC and East Amarillo Wings, Ltd d/b/a Buffalo Wild Wings, who provide the following disclosures:

## WITNESSES

| | |
|---|---|
| Kendall Howard<br>c/o Law Office of Michael H. Carper, P.C.<br>1102 Main Street<br>Lubbock, Texas 79401<br>806-747-3016<br>**Defendant** | Expect to present |
| Misty Meeker<br>c/o Law Office of Michael H. Carper, P.C.<br>1102 Main Street<br>Lubbock, Texas 79401<br>806-747-3016<br>**Employee of Defendants** | Expect to present |
| Other employees of Defendants as yet unknown<br>c/o Law Office of Michael H. Carper, P.C.<br>1102 Main Street<br>Lubbock, Texas 79401<br>806-747-3016<br>**Employees of Defendants** | Expect to present |
| Randy O'Neal<br>c/o Law Office of Michael H. Carper, P.C.<br>1102 Main Street<br>Lubbock, Texas 79401<br>806-747-3016<br>**Defendants' Retained Expert** | Expect to present |
| Robert N. Nebb<br>Michael H. Carper<br>Law Office of Michael H. Carper, P.C.<br>1102 Main Street<br>Lubbock, Texas 79401<br>806-747-3016<br>**Attorneys for Defendants** | May present<br>May present |

Defendants hereby cross-designate all witnesses designated by Plaintiffs.

## EXHIBIT LIST

| | | |
|---|---|---|
| Exhibit 1 | Retained expert's report, if any | Expect to Offer |
| Exhibits 2-199 | Payroll records of all Plaintiffs | Expect to Offer |

Discovery is ongoing in this case and Defendants reserve the right to supplement these disclosures as discovery is completed.

        Respectfully submitted,

        **LAW OFFICE OF MICHAEL H. CARPER, P. C.**
        1102 Main Street
        Lubbock, Texas 79401
        806-747-3016 [Telephone]
        806-747-8411 [Telecopier]
        By: */s/ Robert Nebb*
            Robert Nebb
            SBN: 14847900
            rnebb@carperlaw.com

        *ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing was served upon all counsel of record via the District Clerk's ECF system on February 12, 2018.

        */s/ Robert N. Nebb*
        Robert N. Nebb