fIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BRITTANEY BAILEY, § | | |
| on behalf of herself and all others § | | |
| similarly situated, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | 2:17-CV-77 | |
| § | | |
| HOWBRO INVESTMENTS, LTD., d/b/a § | | |
| BUFFALO WILD WINGS, et al., § | | |
| § | | |
| Defendants. § | | |

## AMENDED RULE 16 SCHEDULING ORDER

The Original Rule 16 Scheduling Order entered May 26, 2017, and modified by the Court's November 30, 2017 Order Granting Joint Motion for Continuance, is hereby amended as follows:

The parties shall attempt to resolve this case through mediation **on or before June 22, 2018.**

A mediation report shall be submitted to the Court **within one (1) week of the conclusion of the mediation**.

If this case is not resolved pursuant to mediation, this case will be set for trial **on August 27, 2018** by separate Order.

These deadlines are firm and shall not be modified except by leave of Court upon a detailed factual showing of good cause.

IT IS SO ORDERED.

ENTERED April 13, 2018.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

CIV\217-77-BAILEY\AMENDED SCH ORDER.:2