# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| **BRITTANEY BAILEY,** § <br> on behalf of herself and all others § <br> similarly situated, § <br> § <br> **Plaintiff,** § <br> § **CIVIL ACTION NO: 2:17-cv-77** <br> vs. § <br> § <br> **HOWBRO INVESTMENTS, LTD** § <br> **D/B/A BUFFALO WILD WINGS;** § <br> **BWWGP, INC.; KENDALL HOWARD;** § <br> **LUBBOCK BWW MGMT, LLC;** § <br> **WOLFFORTH WINGS, LTD D/B/A** § <br> **BUFFALO WILD WINGS; HOW NO. 1,** § <br> **INC.; LUBBOCK WILD WINGS, LTD** § <br> **D/B/A BUFFALO WILD WINGS;** § <br> **MIDLAND WINGS, LTD D/B/A BUFFALO** § <br> **WILD WINGS; PERMIAN BWW** § <br> **MGMT, LLC; ODESSA WINGS,** § <br> **LTD D/B/A BUFFALO WILD WINGS;** § <br> **AMARILLO WILD WINGS, LTD D/B/A** § <br> **BUFFALO WILD WINGS; AMARILLO** § <br> **BWW MANAGEMENT, LLC; and EAST** § <br> **AMARILLO WINGS, LTD; D/B/A** § <br> **BUFFALO WILD WINGS;** § <br> § <br> § <br> **Defendants.** § | |

## JOINT NOTICE OF SETTLEMENT

The parties in the above styled and numbered case have participated in mediation and agreed to settlement. Settlement documents are being finalized and Plaintiff intends to file a stipulation of dismissal no later than August 15, 2018.

**YOUNG & NEWSOM, PC**

By: /s/ Jeremi K. Young
Jeremi K. Young
State Bar No. 24013793
Collin J. Wynne
State Bar No. 24068815
1001 S. Harrison, Suite 200
Amarillo, Texas  79101
(806) 331-1800
(806) 398-9095 (fax)
jyoung@youngfirm.com
collinl@youngfirm.com

*ATTORNEYS FOR PLAINTIFF*

**LAW OFFICE OF MICHAEL H. CARPER, P.C.**

By: /s/ Robert N. Nebb
Robert Nebb
State Bar No. 14847900
rnebb@carperlaw.com
1102 Main Street
Lubbock, Texas 79401
(806) 747-3016; (806) 747-8411 fax

*ATTORNEYS FOR DEFENDANTS*