IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **BRITTANEY BAILEY,** on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **HOWBRO INVESTMENTS, LTD D/B/A BUFFALO WILD WINGS; BWWGP, INC.; KENDALL HOWARD; LUBBOCK BWW MGMT, LLC; WOLFFORTH WINGS, LTD D/B/A BUFFALO WILD WINGS; HOW NO. 1, INC.; LUBBOCK WILD WINGS, LTD D/B/A BUFFALO WILD WINGS; MIDLAND WINGS, LTD D/B/A BUFFALO WILD WINGS; PERMIAN BWW MGMT, LLC; ODESSA WINGS, LTD D/B/A BUFFALO WILD WINGS; AMARILLO WILD WINGS, LTD D/B/A BUFFALO WILD WINGS; AMARILLO BWW MANAGEMENT, LLC; and EAST AMARILLO WINGS, LTD; D/B/A BUFFALO WILD WINGS;** <br><br> **Defendants.** | § § § § § § § § § § § § § § § § § § § § § § § § § | **CIVIL ACTION NO: 2:17-cv-77** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brittaney Bailey, and Defendants Howbro Investments, Ltd d/b/a Buffalo Wild Wings, BWWGP, Inc., Kendall Howard, Lubbock BWW Mgmt, LLC, Wolfforth Wings, Ltd d/b/a Buffalo Wild Wings, How No. 1, Inc., Lubbock Wild Wings, Ltd d/b/a Buffalo Wild Wings, Midland Wings, Ltd d/b/a Buffalo Wild Wings, Permian BWW Mgmt, LLC, Odessa Wings, Ltd d/b/a Buffalo Wild Wings, Amarillo Wild Wings, Ltd d/b/a Buffalo Wild Wings, Amarillo BWW Management, LLC and

East Amarillo Wings, Ltd d/b/a Buffalo Wild Wings, file this Joint Motion for Dismissal with Prejudice, dismissing with prejudice all claims and causes of action that Plaintiff has asserted in the above-referenced lawsuit. Each party shall bear its/her own costs and expenses.

Date: August 15, 2018

**YOUNG & NEWSOM, PC**

By: /s/ Jeremi K. Young
Jeremi K. Young
State Bar No. 24013793
Collin J. Wynne
State Bar No. 24068815
1001 S. Harrison, Suite 200
Amarillo, Texas 79101
(806) 331-1800
(806) 398-9095 (fax)
jyoung@youngfirm.com
collinl@youngfirm.com

*ATTORNEYS FOR PLAINTIFF*

**LAW OFFICE OF MICHAEL H. CARPER, P.C.**

By: /s/ Robert N. Nebb
Robert Nebb
State Bar No. 14847900
rnebb@carperlaw.com
1102 Main Street
Lubbock, Texas 79401
(806) 747-3016; (806) 747-8411 fax

*ATTORNEYS FOR DEFENDANTS*