IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BRITTANEY BAILEY, on behalf of herself and all others similarly situated, § § § § | |
| Plaintiff, § § | |
| v. § | 2:17-CV-77-BR |
| § | |
| HOWBRO INVESTMENTS, LTD d/b/a BUFFALO WILD WINGS, et al., § § § § | |
| Defendants. § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the *Joint Motion to Dismiss with Prejudice* filed by the parties on August 15, 2018 [ECF 36]. Good cause having been shown, the joint motion is hereby GRANTED.

IT IS ORDERED, ADJUDGED AND DECREED that this cause is hereby DISMISSED WITH PREJUDICE to re-filing in any form, with costs taxed to the party incurring same.

All other requested relief not expressly granted herein is denied.

IT IS SO ORDERED.

ENTERED August 15, 2018.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE